

U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET

The following constitutes the ruling of the court and has the force and effect therein described.

Signed July 29, 2013

United States Bankruptcy Judge

___

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| JETSTAR PARTNERS, LTD. | § | CASE NO. 12-31444 |
| | § | (Chapter 11) |
| DEBTOR | § | |

### ORDER ON MOTION FOR FINAL DECREE

On this day came before the Court the Debtor's Motion for Final Decree. After reviewing the pleading of counsel, the Court finds the following:

1. The Plan confirmed in this case has been substantially consummated;

2. Subject to agreed fee arrangements with their professionals, the Debtor has satisfied its administrative expense requirements; and

3. There is no need for further administration in this case.

**IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED** that the above entitled and numbered case is closed.

### ### END OF ORDER ###

**SOLO PAGE**